UNITED STATES of America,
Plaintiff—Appellee,

v.

Martell WHITAKER, Defendant—
Appellant.

No. 08–7316.

United States Court of Appeals,
Fourth Circuit.

Submitted: Sept. 17, 2008.

Decided: Oct. 14, 2008.

Martell Whitaker, Appellant Pro Se. Jane Barrett Taylor, Assistant United States Attorney, Columbia, South Carolina, for Appellee.

Before NIEMEYER and MICHAEL, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Martell Whitaker appeals the district court's order denying his motion for reduction of sentence, 18 U.S.C. § 3582(c)(2) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Whitaker,* No. 0:98–cr–01016–MBS–1 (D.S.C. filed July 21, 2008; entered July 22, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*